1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

10                    Plaintiff,                    Case No.  CR06-041L

11              v.                                   ORDER GRANTING MOTION TO
                                                     EXTEND TIME TO FILE REPLY AND
12    RODNEY ROLLNESS,                               TO RENOTE MOTION FOR NEW
                                                     TRIAL
13

14                    Defendant.

15          This matter comes before the Court on defendant Rollness' "Motion to Extend Time To

16  File Reply and to Renote Motion for New Trial" (Dkt. #807).  The Government does not oppose

17  the motion and it is therefore GRANTED.  Defendant now has until July 18, 2007 to file his

18  reply and the motion shall be renoted on the Court's calendar for July 20, 2007.

19

20          DATED this 23rd day of July, 2007.

21

22

23                                                  Mft S Casnik

24                                                  Robert S. Lasnik
                                                     United States District Judge
25

26