1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

RICHARD ALLEN FABEL,
RODNEY ROLLNESS,
JOSHUA BINDER, and
RICKY JENKS, and
PAUL FOSTER.

     Defendants.

Case No.  CR06-041L

ORDER CONTINUING SENTENCING

This matter comes before the Court on defendant Rollness' "Motion to Continue Sentencing" (Dkt. #831).  The Court, having considered the memoranda filed by the Government and defendant, as well as the interests of the victim's family, grants defendant's motion for a continuance.  Though great weight has been given to the victim's interest in resolving this matter promptly, the serious nature of the punishment, combined with the fact that this is defendant's first request for a continuance, compels the Court to grant defendant's motion.  The new sentencing hearing shall be held on October 18, 2007 at 8:30 a.m.  If this date or time is inconvenient for the victim's family, the Government should notify the Court so that appropriate adjustments can be made.

ORDER CONTINUING SENTENCING

1    The original sentencing date of September 19, 2007 at 9:00 a.m. will now be used to hear

2  argument on defendant's motion regarding the Court's sentencing authority as to the VCAR

3  charge (Dkt. #824).

4

5    DATED this 13th day of September, 2007.

6

7

8

9    Robert S. Lasnik
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING SENTENCING