The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR06-041 RSL |
|---|---|
| Plaintiff | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| RODNEY LEE ROLLNESS, | |
| Defendant. | |

The Court, having reviewed the Stipulated Motion of the Parties regarding a proposed briefing schedule for the motion for reduction in sentence hereby states that IT IS ORDERED that the motion be granted. The briefing schedule shall be as follow:

a. Any amended or supplement motion by counsel on behalf of the defendant should be filed on or before June 4, 2021;

b. The government's response to the motion should be filed on or before June 18, 2021;

c. Any reply should then be filed on or before June 24, 2021 and the matter noted June 25, 2021.

DATED this 14th day of May, 2021.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Rollness,* CR06-041 RSL - 1