The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> vs. <br><br> RODNEY LESS ROLLNESS, <br><br> Defendant. | Case No. CR 06-041 RSL <br><br> ORDER RESETTING BRIEFING SCHEDULE |

The Court, having reviewed the Stipulated Motion of the Parties to Reset the Briefing Schedule for the motion for reduction in sentence hereby states that IT IS ORDERED that the motion be granted. The briefing schedule shall be as follow:

a. Any amended or supplement motion by counsel on behalf of the defendant should be filed on or before June 18;

b. The government's response to the motion should be filed on or before July 9, 2021;

c. Any reply should then be filed on or before July 15, 2021 and the matter noted July 26, 2021.

Wrdq#Ddz#Ilp#
4333#Vhfrqg#Dyhqxh/#Vxlwh#6473#
Vhdwwoh/#Z D#;43704369#
Skrqh#539176913963

DATED this 7th day of June, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Anna M. Tolin*
Anna M. Tolin
Tolin Law Firm

*U.S. v. Rodney Less Rollness,* CR 06-041 RSL
Order Resetting Briefing Schedule
Page 2 of 2

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1046
Phone: 206.769.1963