# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> vs. <br><br> RODNEY LESS ROLLNESS, <br><br> Defendant. | Case No. CR 06-041 RSL <br><br> ORDER RESETTING BRIEFING SCHEDULE |

The Court, having reviewed the Stipulated Motion of the Parties to Reset the Briefing Schedule for the motion for reduction in sentence hereby states that IT IS ORDERED that the motion be granted. The briefing schedule shall be as follow:

a. Any amended or supplement motion by counsel on behalf of the defendant should be filed on or before July 9, 2021;

b. The government's response to the motion should be filed on or before July 30, 2021;

c. Any reply should then be filed on or before August 5, 2021 and the matter noted August 6, 2021.

DATED this 6th day of July, 2021.

*Mrr S Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Anna M. Tolin*
Anna M. Tolin
Tolin Law Firm

Wrolq#Ddz #Ilp #
4333#Wkfrqg#Dyhqxh/#Vxlwh#6473#
Vhdwwoh/#Z D#;43704369#
Skrqh#5391769B963