The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> vs. <br><br> RODNEY ROLLNESS, <br><br> Defendant. | Case No. CR 06-041 RSL <br><br> ORDER RESETTING BRIEFING SCHEDULE |

The Court, having reviewed the Unopposed Motion to Reset the Briefing Schedule for the motion for reduction in sentence hereby states that IT IS ORDERED that the motion be granted. The briefing schedule shall be as follows:

    a. Any amended or supplement motion by counsel on behalf of the defendant should be filed on or before July 16, 2021;

    b. The government's response to the motion should be filed on or before August 6, 2021;

    c. Any reply should then be filed on or before August 12, 2021 and the matter noted August 13, 2021.

DATED this 13th day of July, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

Todd Maybrown
1000 Second Avenue, Suite 3670
Seattle, WA 98104-1046
Phone: 206.749.5963

1 | Presented by:

2 | */s/ Anna M. Tolin*
Anna M. Tolin
3 | Tolin Law Firm

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1046
Phone: 206.769.1963