The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR 06-041 RSL |
|---|---|
| Petitioner, | ORDER GRANTING EXENTION OF TIME TO REPLY REGARDING COMPASSIONATE RELEASE MOTION |
| vs. | |
| RODNEY ROLLNESS, | |
| Defendant. | |

The Court, having reviewed the Unopposed Motion for Extension of Time to Reply in Mr. Rollness' request for sentence reduction, IT IS ORDERED that the motion be granted. The reply brief shall be filed on or before August 25, 2021 and the matter noted for August 26, 2021.

DATED this 17th day of August, 2021.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Anna M. Tolin*
Anna M. Tolin
Tolin Law Firm

*U.S. v. Rodney Rollness,* CR 06-041 RSL
Order Granting Extension of Time to Reply
Page 1 of 1

Tolin Law Firm
4333 Second Avenue, Suite 473
Seattle, WA 98103
Phone 206.769.3963