The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>RODNEY ROLLNESS,<br><br>Defendant. | Case No. CR 06-041 RSL<br><br>ORDER GRANTING EXENTION OF TIME TO REPLY REGARDING COMPASSIONATE RELEASE MOTION |

The Court, having reviewed the Unopposed Motion for Extension of Time to Reply in Mr. Rollness' request for sentence reduction, IT IS ORDERED that the motion be granted. The reply brief shall be filed on or before September 1, 2021 and the matter noted for September 3, 2021.

DATED this 25th day of August, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Anna M. Tolin*
Anna M. Tolin
Tolin Law Firm