The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RODNEY ROLLNESS,<br><br>                    Defendant. | No. CR06-41-RSL<br><br>**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** |

    Before the Court is the parties' Agreed Motion for Extension of Time to File Responsive Pleadings to a Motion for Compassionate Release. Upon review of the Motion, the Court finds the parties have shown good cause and GRANTS the motion. The United States may file its response to the motion by April 30, 2025, Mr. Rollness may file a reply by May 16, 2025, and the matter shall be re-noted to May 16, 2025.

    DATED this 18th day of March, 2025.

*[Signature: Robert S. Lasnik]*

ROBERT S. LASNIK
United States District Judge