The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>RODNEY ROLLNESS,<br><br>Defendant. | Case No. CR 06-041 RSL<br><br>ORDER GRANTING EXENTION OF TIME FOR REPLY IN SUPPORT OF MOTION TO REDUCE SENTENCE |

The Court has reviewed the Unopposed Motion to Extend Time for Reply to Mr. Rollness' Motion for Sentence Reduction. Having found there is good cause shown, the Court GRANTS the motion. Mr. Rollness may file his reply brief by May 30, 2025, and the matter shall be re-noted to May 30, 2025.

DATED this 19th day of May, 2025.

ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Anna M. Tolin*
Anna M. Tolin
Tolin Law Firm

*U.S. v. Rodney Rollness,* CR 06-041 RSL
Order Granting Extension of Time to Reply
Page 1 of 1

Tolin Law Firm
1000 Second Avenue, Suite 2530
Seattle, WA 98104
Phone: 206.436.0630